IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL CALDERON CASTRO, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 1:26-CV-01800-DAE |
| v. | § | |
| | § | |
| COLLINS, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

ORDER

Before the Court is Petitioner Daniel Calderon Castro's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. # 1). On July 7, 2026, the Court ordered Respondents to show cause within three days, on or before July 10, 2026, as to why Petitioner's writ should not be granted ("Show Cause Order"). (Dkt. # 3.) On July 10, 2026, Federal Respondents filed a response to the Petition, relying on the Fifth Circuit's recent opinion in Sosnava Rodriguez v. Ortega, No. 26-50183, --- F.4th ---, 2026 WL 1906557 (5th Cir. July 2, 2026) and arguing that, in light of that opinion, the Petition should be denied as premature. (Dkt. # 5 at 2.) Sosnava Rodriguez, however, has since been vacated by the Fifth Circuit in its order granting a petition for rehearing *en banc*. See Sosnava Rodriguez v. Ortega, No. 26-50183, Dkts. ## 174, 176 (5th Cir. July 10, 2026).

Accordingly, **IT IS ORDERED** that Respondents show cause in writing **on or before July 17, 2026**, as to why the Court should not grant Petitioner's Petition for Writ of Habeas Corpus. Petitioner may file a reply **on or before July 21, 2026**. Additionally, **on or before July 17, 2026**, either party may request a hearing to be scheduled after briefing is complete. Failure to request a hearing will constitute waiver of the opportunity for a hearing under § 2243.

Nothing in this Order should be construed to affect the remaining portions of this Court's prior Show Cause Order. (Dkt. # 3.)

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 14, 2026.

David Alan Ezra
Senior United States District Judge