IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL CALDERON CASTRO, | § § § § | |
| *Petitioner*, | § § | No. 1:26-CV-01800-DAE |
| v. | § § | |
| COLLINS, *et al*., | § § § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Daniel Calderon Castro's ("Petitioner")

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt.

# 1), and Federal Respondents'[1] Response (Dkt. # 8).  The Court requires more

information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00p.m. on**

**Monday, July 27, 2026,** Petitioner shall file supplemental briefing with answers to

the following questions:

1.  After Petitioner was paroled into the country on or around July 22, 2024, did Petitioner comply with the conditions of his parole (i.e., reporting requirements to ICE, check-ins, court dates, etc.)?

---

[1] Federal Respondents include Markwayne Mullin, Secretary of the U.S. Department of Homeland Security ("DHS"); and Todd Blanche, U.S. Attorney General.

1

2. Does Petitioner have any criminal convictions? If so, please provide additional information.

3. Please describe further the connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, July 20, 2026.

_____
David Alan Ezra
Senior United States District Judge

2